**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JOHN L. TWYMAN, | : | No. 36 MM 2024 |
| | : | |
| Petitioner | : | |
| | : | Emergency Petition for Immediate |
| | : | Relief and Application for Leave to |
| v. | : | File Original Process |
| | : | |
| | : | |
| FAIR OAKS, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of April, 2024, the "Emergency Petition for Immediate Relief, Stay of Proceedings in the Magistrate Court, and Supersedeas During the Pendency of Petitioner's Appeal to the Superior Court of Pennsylvania" and "Application for Leave to File Original Process" are **DENIED**.